## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-1853-NYW-SBP

CARL GAMBRELL, ALEXANDER HINKLE, JAWAD KHOUIR, ZACHARY MONDRAGON, DOMINIC PELLICANE, FRITZ SCHNEIDER, JOSHUA COYLE, and ALBERT GRANADOS as Class Representatives, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

MOSES STANCIL, in his official capacity as Executive Director of the Colorado Department of Corrections; AMANDA RETTING, in her official capacity as an Employee of the Colorado Department of Corrections; and KIMBERLY KLINE, in her official capacity as an Employee of the Colorado Department of Corrections.

    Defendants.

---

### STIPULATED ORDER
---
**ENTERED BY MAGISTRATE JUDGE SUSAN PROSE**

The production of privileged or work-product-protected documents, electronically stored information ("ESI"), or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| *s/ Jeffrey S. Pagliuca* | *s/ Christopher Diedrich* |
| Jeffrey S. Pagliuca, #12462 | Christopher J.L. Diedrich |
| Adam Mueller, #42176 | Amy E. Adams |
| Carter T. Gee-Taylor, #52524 | Ann Stanton |
| HADDON, MORGAN AND FOREMAN, P.C. | Mark Lockefeer |

945 North Pennsylvania Street
Denver, CO 80203
Phone: 303.831.7364
Fax: 303.832.2628
jpagliuca@hmflaw.com
amueller@hmflaw.com
cgee-taylor@hmflaw.com

*s/ Kelly L. Page*
Kelly L. Page, #46344
David M. Beller, #35767
RECHT KORNFELD, P.C.
1600 Stout Street, Suite 1400
Denver, CO 80202
Phone: 303.573.1900
Fax: 303.446.9400
kelly@rklawpc.com
david@rklawpc.com
*Attorneys for Plaintiffs*

Heather K. Kelly
Assistant Attorney General
Civil Litigation & Employment Section
1300 Broadway, 10th floor
Denver, CO 80203
Phone: 720.508.6000
Fax: 720.508.6032
christopher.diedrich@coag.gov
Amy.Adams@coag.gov
Ann.stanton@coag.gov
Mark.lockerfeer@coag.gov
heather.kelly@coag.gov
*Attorneys for Defendants*

**SO ORDERED:**

Dated: _____          _____
                                Susan Prose
                                United States Magistrate Judge