IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01853-NYW-SBP

CARL GAMBRELL, ALEXANDER HINKLE, JAWAD KHOUIR, ZACHARY MONDRAGON, DOMINIC PELLICANE, FRITZ SCHNEIDER, JOSHUA COYLE, and ALBERT GRANADOS, as Class Representatives, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

MOSES STANCIL, in his official capacity, as the Executive Director of the Colorado Department of Corrections;
AMANDA RETTING, in her official capacity as Sex Offender Treatment and Monitoring Program Administrator and Department of Corrections Representative on the Sex Offender Management Board; and
KIMBERLY KLINE, in her official capacity as Chief of Behavioral Health at the Department of Corrections and Chair of the Sex Offender Management Board.

    Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT AND FOR PARTIES TO FILE A JOINT MOTION TO AMEND CAPTION**

    Defendants, through their counsel the Colorado Attorney General, hereby move, unopposed, for an extension of time to file an answer to Plaintiffs' First Amended Class Action Complaint and for the parties to file a joint motion to amend the caption. In support thereof, Defendants state as follows:

1

1. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel certifies that she conferred with Plaintiffs' counsel regarding the relief requested in this motion, and Plaintiffs do not oppose the relief requested herein.

2. Plaintiffs filed their First Amended Class Action Complaint on October 1, 2024. (ECF No. 21).

3. In response, Defendants filed their Partial Motion to Dismiss on October 15, 2024. (ECF No. 25).

4. The Partial Motion to Dismiss was denied by the Court on August 25, 2025. (ECF No. 57). In the Order, the Court ordered the parties to file a joint motion to amend the case caption to reflect the current officeholder of the Chief of Behavioral Health for the Colorado Department of Corrections. *Id.*

5. Defendants' answer to the First Amended Class Action Complaint is due on or before September 8, 2025. The joint motion to amend the case caption is also due on or before September 8, 2025

6. Defendants respectfully request a 14-day extension of time, up to and including September 22, 2025 to file an answer to the First Amended Class Action Complaint and also for the parties to file a joint motion to amend the case caption.

7. Good cause exists for the requested extension.

8. On September 2, 2025, Plaintiff's counsel reached out to Defendants' counsel to confer regarding a proposed Second Amended Complaint. That conferral is still ongoing.

9. If the conferral process results in an unopposed Second Amended Complaint, the requested extension would prevent Defendants from filing multiple answers thereby serving judicial economy.

10. Part of the ongoing conferral concerns adjustments to current and newly named Plaintiffs. The filing of the Second Amended Complaint will effectively amend the caption to correctly reflect the parties, and will avoid the parties filing multiple motions on the Court's docket related to amending the case caption

11. Defendants will be prepared to file their answer on or before September 22, 2025, if Plaintiffs decide not to amend the Complaint within the extended time period.

12. The parties will also file a joint motion to amend case caption on or before September 22, 2025 regardless of whether the Complaint is amended by that date.

13. This is Defendants' first request for an extension of time to answer or otherwise respond to the First Amended Class Action Complaint. This is also the first request for an extension to file a joint motion to amend the case caption.  This request is not made for purposes of delay, and no party will be prejudiced by the requested extension of time.

14. Pursuant to D.C.COLO.LCivR 6.1(c), counsel for Defendants are contemporaneously serving this Unopposed Motion on their clients.

Respectfully submitted September 8, 2025.

3

PHILIP J. WEISER
Attorney General

*s/ Amy E. Adams*
ANN STANTON*
AMY E. ADAMS*
MARK LOCKEFEER*
Assistant Attorneys General
Civil Litigation & Employment Section
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000
FAX: (720) 508-6032
Email: ann.stanton@coag.gov
　　　　amy.adams@coag.gov
　　　　mark.lockefeer@coag.gov
*Attorneys for Defendants*
* Counsel of Record

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the foregoing upon all parties herein by e-filing with the CM/ECF system maintained by the court 8th day of September, 2025, which will send electronic notification to the following:

Jeffrey S. Pagliuca
Adam Mueller
HADDON, MORGAN AND FOREMAN, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
jpagliuca@hmflaw.com
amueller@hmflaw.com

*Attorneys for Plaintiffs*

Kelly L. Page
David M. Beller
RECHT KORNFELD, P.C.
1600 Stout Street, Suite 1400
Denver, CO 80202
kelly@rklawpc.com
david@rklawpc.com

*Attorneys for Plaintiffs*

Per Civ. Practice Standard 6.1A(c) and D.C.COLO.LCivR 6.1(c), I further certify that I have duly served the within Unopposed Motion for Extension of Defendants' Deadline to Answer or Respond to Plaintiffs' Complaint upon the following Defendants via e-mail:

Moses Stancil
Amanda Retting
Jason Guidry

*Courtesy copy e-mailed to*: Tony DeCesaro, CDOC

 s/ Jim L. Mules

5